**ORDERED in the Southern District of Florida on August 28, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: Alfredo Aleman<br>Maria Aleman<br>Debtors / | Case No.: 26-12526-CLC<br>Chapter 13 |

**ORDER SUSTAINING OBJECTION TO CLAIM OF JEFFERSON CAPITAL SYSTEMS, LLC**

THIS MATTER having come to be heard without objection on the chapter 13 consent calendar on August 25, 2026, upon Debtor's Objection to Claim of Jefferson Capital Systems, LLC; claim #13 ("Objection") [ECF#31] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.
2. The claim is stricken and disallowed.

###

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

Jose A. Blanco, Esq. must serve a copy of this order on the debtor, all creditors, and all indenture trustees and must file a certificate of service as required by Local Rule 9036-2. This service direction does not apply, however, if the submitting attorney is an attorney in the office of the United States trustee, in which case the Clerk of Court will serve this order under Local Rule 2002-1(a)(1).