**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 26-12526-BKC-CLC**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ALFREDO ALEMAN
MARIA ALEMAN

DEBTORS _______________________/

**NOTICE OF CONTINUED CONFIRMATION HEARING AND TRUSTEE'S OBJECTION TO EXEMPTIONS**

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to **September 29, 2026** at **01:35 pm.** The hearing will be conducted by video conference. For instructions, please refer to the General Procedures for Hearings By Video Conference on the Court's website. To participate in the hearing, you must register for the video conference no later than 3:00 pm one business day before the date of the hearing.
To participate, click on the following link or manually enter the following link in a browser: https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and the Trustee's Objection to Exemptions was mailed to those parties listed below on this 1st day of September, 2026.

*/s/ Nancy K. Neidich*
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**SERVICE LIST**

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**DEBTORS**
ALFREDO ALEMAN
MARIA ALEMAN
6175 W 20TH AVE APT 206
HIALEAH, FL 33012

**ATTORNEY FOR DEBTORS**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL 33013

**JOSE BLANCO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.